IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,

    Plaintiff,                      No. 2:12-cv-2830 KJN P

    vs.

JERRY BROWN,                      ORDER AND

    Defendant.                 FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff's complaint was filed with the court on November 19, 2012. The court's own records reveal that on April 24, 2012, plaintiff filed a complaint containing virtually identical allegations against defendant Brown. (No. 2:01-cv-0649 MJS P ).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.[2]

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] The court notes that plaintiff raised similar allegations against defendant Brown in Case Nos. 1:12-cv-1369 DLB and 1:12-cv-01373 GBC.

1

1   IT IS RECOMMENDED that this action be dismissed without prejudice.  <u>See</u>
2 Fed. R. Civ. P. 41(b).
3   These findings and recommendations are submitted to the District Judge assigned
4 to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being
5 served with these findings and recommendations, plaintiff may file written objections with the
6 court.  The document should be captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
8 may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
9 Cir. 1991).
10 DATED:  December 4, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tuba2830.23